CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
7/16/2024
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

PENNY HARPER,
Administrator of the Estate
of RICHARD HARPER

    Plaintiff,

v.	Civil Action No. 6:24cv00037
	Rockbridge Circuit Court Case No. CL24000426-00

RALPH THERMIL

And

BIG G EXPRESS, INC.

    Defendants.

## NOTICE OF REMOVAL

Ralph Thermil and Big G Express, Inc., (collectively referred to as "Defendants"), by counsel, pursuant to 28 U.S.C. §§ 1441 and 1446, hereby file this Notice of Removal on the following grounds:

### SUMMARY OF ALLEGATIONS AND POSTURE OF CASE

1.    Plaintiff filed a Complaint in the Circuit Court for Rockbridge County on June 10, 2024, seeking Ten Million Dollars ($10,000,000.00) in compensatory damages against the Defendants. The Complaint is attached hereto as Exhibit A. The Plaintiff asserts claims for negligence and negligence per se and that the Defendants are liable for wrongful death and/or survival claims due to a motor vehicle accident on March 26, 2024.

2.    The Plaintiff served Ralph Thermil on June 28, 2024.

3.    Plaintiff served Big G Express, Inc. on June 25, 2024.

3. The Defendants timely filed a joint Answer to the Plaintiff's Complaint in the Circuit Court for Rockbridge County on July 11, 2024, which is attached hereto as <u>Exhibit B</u>.

4. There have been no further proceedings in this action.

### GROUNDS FOR REMOVAL

5. Plaintiff is a citizen of Virginia.

6. Ralph Thermil is a citizen of New York.

7. Big G Express, Inc. is a Tennessee Corporation with its principal place of business in Tennessee.

8. This action involves a controversy wholly between citizens of different states. There is complete diversity of citizenship.

9. The amount in controversy exceeds the jurisdictional limits of $75,000, exclusive of interest and costs, because Plaintiff's ad damnum seeks Ten Million Dollars ($10,000,000.00) in compensatory damages.

10. This Court therefore has original jurisdiction in this matter pursuant to 28 U.S.C. § 1332(a), and it may therefore be removed to this Court pursuant to 28 U.S.C. § 1441(a).

### COMPLIANCE WITH PROCEDURAL REQUIREMENTS

11. This case was removable when filed.

12. Pursuant to 28 U.S.C. § 1446 (b)(2), this Notice of Removal is being filed within thirty (30) days after service on Defendants of a copy of the Complaint, the initial pleading setting forth Plaintiff's claim for relief.

13. Pursuant to 28 U.S.C. § 1441(a), venue of this removal action is proper in the Western District of Virginia, Lynchburg Division, because it is in the district and division embracing the place where the state court action is pending.

14. Promptly after the filing of this Notice of Removal, the Defendants, by counsel, will give written notice of the removal to Plaintiff, the adverse party, and will file a copy of this Notice of Removal with the Circuit Court for Rockbridge County, as required by 28 U.S.C. § 1446(d).

15. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon the Defendants in the state court action have been attached hereto.

16. The Defendants demand a trial by jury pursuant to Federal Rule of Civil Procedure 38. The Jury Demand is attached hereto as Exhibit C.

WHEREFORE, Ralph Thermil and Big G Express, by counsel, respectfully requests that this action be removed from the Rockbridge County Circuit Court to this Court.

RALPH THERMIL. and
BIG G EXPRESS, INC.

By: /s/ D. Cameron Beck , Jr.
D. Cameron Beck, Jr. (VSB No. 39195)
McCandlish Holton, PC
P.O. Box 796
Richmond, Virginia 23218
Tel.: (804) 775-3100
Fax: (804) 775-3834
cbeck@lawmh.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to the following:

Waleed Risheq, Esq. (VSB No. 94962)
Morgan & Morgan, DC PLLC
1901 Pennsylvania Avenue NW, Suite 300
Washington, DC 20006
(202)772-0569 – Telephone
(202)772-0619 – Facsimile
Wrisheq@forthepeople.com
*Counsel for Plaintiff*

By: /s/ D. Cameron Beck , Jr.
D. Cameron Beck, Jr. (VSB No. 39195)
McCandlish Holton, PC
P.O. Box 796
Richmond, Virginia 23218
Tel.: (804) 775-3100
Fax: (804) 775-3834
cbeck@lawmh.com
*Counsel for Defendants*