IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

PENNY HARPER,
Administrator of the Estate
of RICHARD HARPER

    Plaintiff,

v.                                    Civil Action No.6:24CV00037

RALPH THERMIL

And

BIG G EXPRESS, INC.

    Defendants.

## CONSENT MOTION FOR REFERRAL TO SETTLEMENT CONFERENCE

Ralph Thermil and Big G Express, Inc., by counsel, hereby move that the Court enter an Order referring this matter to the assigned Magistrate Judge for purposes of conducting a settlement conference pursuant to paragraph 22 of the Pretrial Order entered on September 12, 2024. ECF Dkt. No. 8.  Plaintiff, by counsel, has consented to this Motion.

WHEREFORE, for the foregoing reasons, Ralph Thermil and Big G Express, Inc., respectfully requests that this Court grant this Motion, enter an Order referring the case to the Magistrate Judge for purposes of conducting a settlement conference, and grant any other and further relief that the Court may deem just and proper.

**RALPH THERMIL AND**

**BIG G EXPRESS, INC.**

Page **1** of **4**

By: /s/ D. Cameron Beck, Jr.
D. Cameron Beck, Jr. (39195)
McCandlish Holton, P.C.
P.O. Box 796
1111 East Main Street, Suite 2100
Richmond, VA 23218-0796
Telephone: (804) 775-7200
Facsimile: (804) 775-7200
cbeck@lawmh.com
Counsel for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of March, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to the following:

Waleed Risheq, Esq. (VSB No. 94962)
Morgan & Morgan, DC PLLC
1901 Pennsylvania Avenue NW, Suite 300
Washington, DC 20006
(202)772-0569 – Telephone
(202)772-0619 – Facsimile
Wrisheq@forthepeople.com
*Counsel for Plaintiff*

By: /s/ D. Cameron Beck , Jr.
D. Cameron Beck, Jr. (VSB No. 39195)
McCandlish Holton, PC
P.O. Box 796
Richmond, Virginia 23218
Tel.: (804) 775-3100
Fax: (804) 775-3834
cbeck@lawmh.com
*Counsel for Defendants*